UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANGEL PATINO and EDGAR SALAMANCA,   20-CV-2460 (SIL)

                Plaintiffs,

-against-

COR J. SEA FOOD CORP., JAMES CORONESI,
and GREG J. MORGESE,

                Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th Day of July 2020, I caused a true and accurate copy of **Plaintiffs' Amended Complaint** to be served upon Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(C) through their counsel of record as follows:

| | |
|---|---|
| Jasmine Y. Patel, Esq. | John P. Ruggiero, Esq. |
| Franklin, Gringer & Cohen, P.C. | Canfield-Ruggiero, LLP |
| *Attorneys for Defendant* | *Attorney for Defendant* |
| *James Coronesi* | *Cor J. Sea Food Corp.* |
| 666 Old Country Road, Ste. 202 | 1461 Franklin Avenue |
| Garden City, New York 11530 | Garden City, New York 11530 |
| Tel: 516.228.3131 | Tel: 516.294.4180 |
| jpatel@franklingringer.com | jruggiero@canfield-ruggiero.com |

by mailing said documents to the aforementioned persons at his/her indicated address by depositing true copies thereof in a prepaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

                                                                                                                Keith E. Williams, Esq.
                                                                                                                Neil H. Greenberg & Associates, P.C.
                                                                                                                *Attorneys for the Plaintiffs*
                                                                                                                4242 Merrick Road
                                                                                                                Massapequa, New York 11758
                                                                                                                Tel: 516.228.5100
                                                                                                                keith@nhglaw.com