UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATTORNEY(S) FRANKLIN, GRINGER & COHEN, PC   PH: (516) 228-3131
666 OLD COUNTRY ROAD, SUITE 202   GARDEN CITY, NY 11530 |

Case Number: 20-cv-02460 (SIL)
Date Filed: 07-31-2020
Court Date:

Angel Patino and Edgar Salamanca

*Plaintiff*

vs

Cor J. Seafood Corp., James Coronesi and Greg J. Morgese

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**John Savage**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **8/1/2020**, at **11:48 AM** at **7 Ocame Avenue, Westhampton Beach, NY 11978**, Deponent served the within **E-filed Cross-Summons in a Civil Action and Answer to Amended Complaint with Cross-Claim**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Greg J. Morgese**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male   **Color of skin**: Tan   **Color of hair:** Gray   **Age**: 50-65
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other** :

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on August 3, 2020

Patricia Rothfritz
Notary Public - State of New York
No. 01R06055503; Qualified in Nassau County
My Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
John Savage
Lic#
Job #: 2016549

*Inter County Judicial Services, LLC, 85 Willis Avenue Ste. F, Mineola, NY 11501 LICENSE # 1371771*