AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

ANGEL PATINO AND EDGAR SALAMANCA

                            Plaintiff(s),

V.

COR J. SEA FOOD CORP., et al

                            Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-02460

Notice is hereby given that, subject to approval by the court, __James Coronesi__ (Party(s) Name) substitutes __Douglas E. Rowe__ (Name of New Attorney), State Bar No. __1786359__ as counsel of record in place of __Jasmine Patel__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Certilman Balin Adler & Hyman, LLP |
| Address: | 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554 |
| Telephone: | 516-296-7000     Facsimile 516-296-7111 |
| E-Mail (Optional): | drowe@certilmanbalin.com |

I consent to the above substitution.

Date: 9/1/2020

                                                   _/s/ James Coronesi_ (Signature of Party(s))

I consent to being substituted.

Date: 8/31/2020

                                                   _/s/ J. Patel_ (Signature of Former Attorney(s))

I consent to the above substitution.

Date: 09/01/2020

                                                   _/s/ Douglas Rowe_ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                                   _____
                                                                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]